UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

BRYAN MORGAN                                                                    PLAINTIFF

V.                         NO. 3:18-CV-00241-BRW-JTR

NANCY A. BERRYHILL,
Deputy Commissioner for Operations,
performing the duties and functions not reserved
to the Commissioner of Social Security                                          DEFENDANT

# ORDER

Plaintiff seeks permission to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. His application demonstrates that he has sufficient income to pay the requisite fees in this proceeding.

IT IS THEREFORE ORDERED THAT Plaintiff's Motion for Leave to Proceed *In Forma Pauperis* (*Doc. 1*) is DENIED. If he wishes to continue with this action, he must pay the applicable filing fee on or before January 11, 2019. Service of the Complaint is not appropriate at this time.

DATED this 12th day of December, 2018.

_____
UNITED STATES MAGISTRATE JUDGE